IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM TRAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 25-cv-1419-RJD |
| ) | |
| **VILLAGE OF CASEYVILLE, IL, CODY** ) | |
| **WILEY, JEFF JAENKE, PHILIP** ) | |
| **FERNANDEZ, TRAVIS HOGUET,** ) | |
| **ANDY REEL, and WOODROW HALL,** ) | |
| ) | **Consolidated with:** |
| **Defendants.** ) | |
| ) | |
| ) | |
| **YOLANDER HART,** ) | Case No. 25-cv-1478-RJD |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **VILLAGE OF CASEYVILLE, IL,** ) | |
| **TRAVIS HOGUET, PHILIP** ) | |
| **FERNANDEZ, ANDY REEL, and** ) | |
| **WOODROW HALL,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on Defendants' Motion to Consolidate Cases No. 25-cv-1419-RJD and 25-cv-1478-RJD for discovery. Doc. 20. Plaintiff did not file a Response. Federal Rule of Civil Procedure 42(a) allows the Court to consolidate actions that involve a common question of law or fact. In Case No. 25-cv-1419, Plaintiff William Travis alleges that

his civil rights were violated during a traffic stop on July 23, 2023 and during another traffic stop on July 25, 2023. In this case, Plaintiff Yolander Hart (William Travis' mother) alleges her civil rights were violated during the same traffic stop involving William Travis on July 25, 2023. Because these cases involve common questions of fact, Defendants' Motion to Consolidate is GRANTED and Cases No. 25-cv-1419-RJD and 25-cv-1478-RJD are CONSOLIDATED for discovery. At the close of discovery, any party may file a Motion to Sever the cases for trial. All future filings shall bear the consolidated caption used in this order and shall be filed only in *Travis v. Village of Caseyville, IL, et al.*, Case No. 25-cv-1419-RJD. Unless and until the cases are severed, the Court will strike any filings in this case (No. 25-cv-1478) subsequent to this order.

The Clerk of Court is **DIRECTED** to **CONSOLIDATE** Cases No. 25-cv-1419-RJD and 25-cv-1478-RJD for discovery.

**IT IS SO ORDERED.**

**DATED: September 4, 2025**

/s/ *Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**